UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Michael Richard Krueger** ) Case No. **17-33027-pcm13**
**Mary Kathleen Krueger** )
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Rex Daines (Michael Krueger)
Attorney: **RICHARD J PARKER** (Mary Krueger)   Trustee: Wayne Godare
Present: Debtor ( ) Jt. Debtor ( ) Attorney ( )   Conf. Hrg Date/Time: 12/28/2017  01:30 PM
Creditors In Attendance: __Kibtckers (IRS)__

---

___ **Dismiss Since:** ___ (1) Payments Not Received by Trustee ___ (2) Domestic Support Obligations Not Current
___ (3) Trustee OBJ. TO CONF.; OR ___ (4) Grant Motion to Dismiss from ___
___ **Enter Confirmation Order:** ___ Subject to Objections W/In ___ Days By ___
___ Enter OCP Order ___ Fee Reduction ___ Send Letter
___ **Enter Order: Denying Confirm** ___ Days to File Amended Plan
Reason: ___ (1) Unable to Comply ___ (2) More Than 36/60 Mo. ___ (3) Debtor wants to File Amended Plan
(4) ___
___ **Enter Order re Tax Returns Owed:** ___ IRS ___ ODR ___ OTHER: ___
Returns Due Within ___ Days
___ **Enter Service Order** ___ Fee Reduction ___ Send Letter
✓ **Adjourn Confirmation Hearing:** ✓ Notice given in Ct.; OR Notify ___ (1) All Interested Parties:
or ___ (2) Debtor, Attorney, Trustee, Objecting Creditors and ___
Date, etc: __2/8/17 @ 1:30__ ___ Evidentiary ___ Hours ___ Bend: ___
**Objecting Creditor:** __IRS__
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

---

**Objecting Creditor:** __Trustee__
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

__3K payment processing < TFS, will bring current.__