OlsenDaines  
PO Box 12829  
Salem, OR 97309-0829

Date:  2/14/2018

Regarding:  Krueger, Mike & Mary  
Invoice No:  01737

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 8/01/2017 | R | Telephone call with client | 0.20 | $325.00 | $65.00 |
| 8/28/2017 | R | Office conference with client | 0.20 | $325.00 | $65.00 |
| 8/28/2017 | R | Two emails to client with detailed options | 0.10 | $325.00 | $32.50 |
| 9/05/2017 | R | Emails with client about timing and having deparate attorneys | 0.00 | $325.00 | $0.00 |
| 9/08/2017 | R | Email from client, email to client | 0.25 | $325.00 | $81.25 |
| 9/11/2017 | R | Email from client, email to client regarding attendance at the 341(a). | 0.25 | $325.00 | $81.25 |
| 9/14/2017 | R | Email to client regarding how homes sales proceeds will be distributed | 0.25 | $325.00 | $81.25 |
| 9/20/2017 | R | Emails with Mr. Parker regarding strategy and timing (actual time .10) | 0.00 | $325.00 | $0.00 |
| 9/20/2017 | R | Emails with client | 0.20 | $325.00 | $65.00 |
| 9/21/2017 | R | Email with client about adjourned 341(a) and chapter 13 payments | 0.30 | $325.00 | $97.50 |
| 9/21/2017 | R | Emails with Mr. Kuni (actual time .10) | 0.00 | $325.00 | $0.00 |
| 9/21/2017 | SDC | Draft and get signatures for substitution of attorney (actual time .10) | 0.00 | $135.00 | $0.00 |
| 9/25/2017 | SDC | File Stipulated Substitution of Attorney (actual time .10) | 0.00 | $135.00 | $0.00 |
| 9/25/2017 | SDC | Prepare and file change of address (actual time .10) | 0.00 | $135.00 | $0.00 |
| 9/26/2017 | R | Prepare for, travel and attend 341(a) Meeting of Creditors | 1.00 | $325.00 | $325.00 |
| 9/26/2017 | R | Email to client regarding tax returns and deadlines | 0.25 | $325.00 | $81.25 |
| 9/28/2017 | SDC | Receive and review Trustee's Objection | 0.10 | $135.00 | $13.50 |
| 10/05/2017 | K | Emails with client regarding trustee payment | 0.20 | $325.00 | $65.00 |
| 10/05/2017 | K | Prepare for, travel and attend Confirmation Hearing | 0.50 | $325.00 | $162.50 |
| 10/09/2017 | R | Emails with client regarding TFS and payment delinquency | 0.20 | $325.00 | $65.00 |
| 10/16/2017 | R | Follow up email to client requesting update on home sale and creditor Mr. Green | 0.25 | $325.00 | $81.25 |
| 10/26/2017 | R | Emails with attorney for Mr. Green and timing | 0.20 | $325.00 | $65.00 |
| 10/27/2017 | R | Telephone call with client regarding status of case and home sale | 0.20 | $325.00 | $65.00 |
| 10/30/2017 | R | Emails with Mr. Parker (actual time .10) | 0.00 | $325.00 | $0.00 |
| 11/07/2017 | R | Draft amended chapter 13 plan, phone call with client, email to Mr. Parker with copy of plan for his comments. | 0.75 | $325.00 | $243.75 |
| 11/09/2017 | R | Email to client, receipt of signed plan by client and Ms. Krueger | 0.25 | $325.00 | $81.25 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/2017 | SDC | Prepare, file and serve Modified Plan | 0.75 | $0.00 | $0.00 |
| 11/28/2017 | R | Emails with client and Mr. Parker regarding update on the home sale status | 0.40 | $325.00 | $130.00 |
| 12/04/2017 | R | Email from realtor regarding listing agreement and reducing the price, emails with Mr. Parker | 0.40 | $325.00 | $130.00 |
| 12/05/2017 | R | Review IRS Proof of Claim and ODR Proof of Claim | 0.25 | $325.00 | $81.25 |
| 12/05/2017 | R | Receive Title Report (actual time .10) | 0.00 | $325.00 | $0.00 |
| 12/05/2017 | R | Emails with Mr. Parker regarding price of home and tax liens | 0.25 | $325.00 | $81.25 |
| 12/05/2017 | R | Receive Estimated Closing Statement (actual time .10) | 0.00 | $0.00 | $0.00 |
| 12/05/2017 | SDC | Receive and review Motion for Relief (actual time .10) | 0.00 | $135.00 | $0.00 |
| 12/06/2017 | SDC | Receive and review Amended Motion For Relief | 0.10 | $135.00 | $13.50 |
| 12/08/2017 | SDC | Draft amended schedule F and email to client | 0.40 | $135.00 | $54.00 |
| 12/13/2017 | R | Conference call with client and attorney Richard Parker | 0.80 | $325.00 | $260.00 |
| 12/19/2017 | SDC | Prepare and file Response to Motion for Relief | 0.20 | $135.00 | $27.00 |
| 12/20/2017 | R | Analysis of home proceeds and email to realtor regarding short sale procedure | 0.40 | $325.00 | $130.00 |
| 12/27/2017 | R | Review of file and trustee payment ledger. Email to client regarding payment status | 0.25 | $325.00 | $81.25 |
| 12/27/2017 | R | Prepare for and attend Telephone Hearing on Motion for Relief | 0.50 | $325.00 | $162.50 |
| 12/27/2017 | R | Receive and review copy of email from attorney Richard Parker to Kathleen Bickers with IRS regarding offer on home, payoff to IRS | 0.10 | $325.00 | $32.50 |
| 12/28/2017 | R | Emails with debtor regarding tax lien status and treatment of unsecured and priority amounts | 0.40 | $325.00 | $130.00 |
| 12/28/2017 | R | Emails with debtor regarding the chapter 13 payments. Email to trustee | 0.40 | $325.00 | $130.00 |
| 12/28/2017 | R | Emails with Mr. Parker and the title company with estimated closing statement. Reivew tax lien priority between IRS and ODR. Mr. Parker will follow up with IRS. Daines will follow up with ODR and Matt Rowan judgment lien | 0.75 | $325.00 | $243.75 |
| 12/28/2017 | R | Prepare for and attend telephonic adjourned confirmation hearing | 0.50 | $325.00 | $162.50 |
| 1/02/2018 | R | Emails with Matt Rowan and title company | 0.40 | $325.00 | $130.00 |
| 1/02/2018 | R | Email to client regarding status (actual time .10) | 0.00 | $325.00 | $0.00 |
| 1/04/2018 | R | Email from title company regarding Rowan judgment, review state court docket, email to David Gray regarding entry of judgment post-petition. Email to title company | 0.75 | $325.00 | $243.75 |
| 1/04/2018 | R | Phone call with ODR. Draft a detailed request for release of lien and fax it to the ODR | 1.00 | $325.00 | $325.00 |
| 1/05/2018 | R | Draft Notice of Intent to Sell | 0.50 | $325.00 | $162.50 |
| 1/05/2018 | SDC | Finalize, file and serve notice of intent to sell | 1.00 | $135.00 | $135.00 |
| 1/08/2018 | R | Phone call with David Gray, email to David Gray regarding Rowan Lien | 0.25 | $325.00 | $81.25 |
| 1/16/2018 | R | Draft motion to vacate Rowan lien, Draft Declaration, email to Mr. Gray | 1.20 | $325.00 | $390.00 |
| 1/16/2018 | R | Phone call to ODR. Emails with title company and Mr. Parker regarding status of ODR lien and Rowan lien. (actual time .25) | 0.00 | $325.00 | $0.00 |
| 1/17/2018 | SDC | Email to trustee's office with Preliminary Title Report | 0.10 | $135.00 | $13.50 |
| 1/17/2018 | SDC | Email to Roni with request for preliminary title report | 0.10 | $135.00 | $13.50 |
| 1/17/2018 | SDC | Email to client requesting 2016 taxes | 0.25 | $135.00 | $33.75 |
| 1/18/2018 | R | Emails with the trustee's off regarding the liens showing on the title report | 0.25 | $325.00 | $81.25 |
| 1/24/2018 | R | Emails with realtor and title company related to a new | 0.40 | $325.00 | $130.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | estimated closing statement updating the various lien amounts | | | |
| 1/24/2018 | R | Emails with client | 0.20 | $325.00 | $65.00 |
| 1/24/2018 | R | Check state court docket to verify release of Rowan lien and email to title company | 0.25 | $325.00 | $81.25 |
| 1/30/2018 | R | Phone call to ODR, emails with title company and Mr. Parker regarding status of IRS and ODR liens. | 0.40 | $325.00 | $130.00 |
| 1/30/2018 | R | Prepare for and attend Telephone Hearing | 1.00 | $325.00 | $325.00 |
| 2/01/2018 | R | Received updated closing statement, email to trustee. Emails to Mr. Parker and title company. | 0.50 | $325.00 | $162.50 |
| 2/02/2018 | R | Follow up emails to the trustee's office related to trustee's outrageous commission and title company. | 0.75 | $325.00 | $243.75 |
| 2/02/2018 | R | Email to client regarding status (actual time .10) | 0.00 | $325.00 | $0.00 |
| 2/05/2018 | R | Calculation of remaining claims and feasibility of chapter 13. Email client | 0.75 | $325.00 | $243.75 |
| 2/05/2018 | SDC | Prepare and upload order approving sale | 0.40 | $135.00 | $54.00 |
| 2/08/2018 | R | Emails with Mr. Parker about necessary changes to the OCP | 0.25 | $325.00 | $81.25 |
| 2/14/2018 | R | Review amended IRS PoC. Email and phone call with IRS | 0.40 | $325.00 | $130.00 |
| 2/14/2018 | R | Make changes to OCP | 0.20 | $325.00 | $65.00 |
| 2/14/2018 | R | Emails with IRS regarding a further amendment to PoC | 0.20 | $325.00 | $65.00 |
| 2/14/2018 | R | Emails and phone calls with client regarding timing of divorce and coordinating with divorce attorney | 0.50 | $325.00 | $162.50 |
| 2/14/2018 | R | Emails from client, emails to client regarding payments and issues related to converting the case to a chapter 7 and the upcoming confirmation hearing | 0.50 | $325.00 | $162.50 |

|  |  |
|---|---|
| Total Fees | $7,377.75 |
| Total New Charges | $7,377.75 |
| Total Amount Due this Bill | $7,377.75 |